611

No. 45725.—Protest 51821–K of Herman & Co. (New York).

Opinion by Tilson, J. On the record presented it was found that the collector's classification was in error. The plaintiffs' claim for a refund of $5.40 was therefore sustained.

No. 45726.—Protests 800582–G, etc., of A. W. Fenton Co. (Cleveland).

Opinion by Kincheloe, J. On the authority of *United States* v. *Marshall Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston Mfg. Co.* v. *Davis* (301 U. S. 337) the protests were dismissed.

No. 45727.—Protest 990364–G of New York Merchandise Co., Inc. (Los Angeles).

Opinion by Dallinger, J. In accordance with stipulation of counsel and on the authority of Abstract 42474 the antimony table utensils in question were held dutiable at 40 percent under paragraph 339. Bridge sets stipulated to be similar to those the subject of Abstract 42728 were held dutiable at 40 percent under paragraph 339. Whisk brooms were held dutiable as brushes at 50 percent under paragraph 1506. Abstract 43186 followed.

No. 45728.—Protests 793149–G, etc., of Willich & Co. (Detroit).

Opinion by Evans, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

No. 45729.—Protest 984055–G of Balfour Guthrie & Co. (New York).

Opinion by Keefe, J. On the record presented it was held that the palm oil oleine in question is free of duty under paragraph 1732 and not subject to the additional duty under the Revenue Act. *Balfour Guthrie* v. *United States* (5 Cust. Ct. 180, C. D. 397) followed. The protest was overruled as to the stearine.